```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                    :
UNITED STATES OF AMERICA,                           :
                                                    :
                -v-                                 :        16-CR-692-5 (JMF)
                                                    :
AUSTRIS INGIS,                                      :              ORDER
                                                    :
                Defendant.                          :
                                                    :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States Disftrict Judge:

Due to technical difficulties, the sentencing scheduled for tomorrow at 9 a.m. will be conducted using a videoconferencing platform other than CourtCall. Chambers will email counsel with further information on how to access the conference. Co-counsel, members of the press, and the public may listen in by calling 888-363-4749 and using access code 5421540#.

SO ORDERED.

Dated: May 27, 2020
       New York, New York                         JESSE M. FURMAN
                                                  United States District Judge